UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Yvonda Jean Lewis**　　　　　　　　　　　　　　　　　　**Docket No. 7:17-CR-86-6H**

**Petition for Action on Supervised Release**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment order of Yvonda Jean Lewis, who, upon an earlier plea of guilty to Conspiracy To Possess With Intent to Distribute A Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on January 10, 2018, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years. Yvonda Jean Lewis was released from custody on November 9, 2018, at which time the term of supervised release commenced.

On February 13, 2019, a Violation Report was submitted after the defendant admitted to using cocaine on February 7, 2019. In response to this drug use, the court agreed to continue supervision. The defendant was enrolled in substance abuse treatment, and the frequency of drug testing was increased.

On March 11, 2019, a Violation Report was submitted after a sweat patch applied on the defendant on February 11, 2019, and removed on February 20, 2019, was confirmed positive for cocaine use. The defendant acknowledged the validity of the drug test, but she denied drug use. The court agreed to continue supervision as the defendant was enrolled in substance abuse treatment. The frequency of drug testing was increased.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant tested positive for cocaine use on March 18, 2019, and the results were confirmed by laboratory analysis on March 24, 2019. When confronted, she admitted to using cocaine on March 16, 2019, and signed an admission statement. Lewis received a verbal reprimand for her drug use and was counseled about her actions. The defendant will remain in substance abuse treatment at East Coast Counseling with increased attendance, and she will continue to participate in the Surprise Urinalysis Program to monitor her drug use. As a sanction, we are recommending the defendant be required to abide by a curfew for a period not to exceed 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Yvonda Jean Lewis
Docket No. 7:17-CR-86-6H
Petition for Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: March 27, 2019

## ORDER OF THE COURT

Considered and ordered this 28th day of March, 2019, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge