U.S.A. vs. Yvonda Jean Lewis                                    Docket No. 7:17-CR-86-6H

**Petition for Action on Supervised Release**

COMES NOW Matthew A. Fmura, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Yvonda Jean Lewis, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on January 10, 2018, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Yvonda Jean Lewis was released from custody on November 9, 2018, at which time the term of supervised release commenced. On February 13, 2019, a Violation Report was submitted advising the court of admitted cocaine use. The defendant was referred to substance abuse treatment and drug testing was increased.

On March 11, 2019, a Violation Report was submitted advising the court of cocaine use. Supervision and substance abuse treatment was continued, and drug testing was increased.

On March 27, 2019, a Petition for Action was submitted advising the court of additional cocaine use. A curfew with Location Monitoring technology was imposed for 60 days.

On April 16, 2019, a Motion for Revocation was filed advising the court of continued drug use. The Motion for Revocation was amended on April 26, 2019, and June 5, 2019, alleging additional drug use, criminal association by the defendant, and failure to abide by the terms and conditions of the home confinement/location monitoring program.

On June 12, 2019, the term of supervised release was revoked, and the defendant was sentenced to the custody of the Bureau of Prisons for 6 months. It was further ordered that the defendant be placed on supervised released for a period of 2 years under the conditions previously imposed. Lewis was released to the new term of supervision on December 4, 2019.

On December 10, 2019, a Petition for Action was submitted adding participation in a program of mental health treatment as a condition of supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 24, 2021, during a random home contact by the probation officer, the defendant was found to be in her vehicle with a convicted felon, Charles Lee Radford, who is currently under bond for pending felony cocaine charges in Nash County, North Carolina. Lewis advised Radford was staying at her residence for several days. Upon entry to the defendant's residence, a marijuana bong was discovered in plain view on a desk in a bedroom. Lewis admitted the paraphernalia was hers and the item was confiscated by the probation officer. Additionally, the defendant attempted to defraud a drug screen by adding tap water to a requested urine specimen. Lastly, Lewis admitted cocaine use on or about January 1, 2021, and association with another convicted felon, Stephen Hardison, who is currently under federal supervision. Due to these violations, it is respectfully recommended the defendant adhere to the home detention program as directed by the probation officer for a period of 60 days. It is also recommended that Location Monitoring: GPS monitoring be used to monitor Lewis's movements throughout the community

Yvonda Jean Lewis
Docket No. 7:17-CR-86-6H
Petition For Action
Page 2

and ensure compliance with substance abuse/mental health treatment and employment.  The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period of 60 consecutive days. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The confiscated drug paraphernalia (marijuana bong) shall be destroyed.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Matthew A. Fmura<br>Matthew A. Fmura<br>U.S. Probation Officer<br>150 Reade Circle<br>Greenville, NC 27858-1137<br>Phone: 252-830-2345<br>Executed On: February 26, 2021 |

**ORDER OF THE COURT**

Considered and ordered this \_\_\_2nd\_\_\_ day of \_\_\_\_March\_\_\_\_, 2021, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge